IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SABREE SHARRIEFF, | : | CIVIL NO. 3:CV-10-2448 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | FILED SCRANTON |
| SHIRLEY MOORE, *et al.*, | : | |
| Defendants | : | JUN 16 2014 |

PER _____ DEPUTY CLERK

**ORDER**

AND NOW, to wit, this 16th day of June 2014, upon consideration of the cross motions (Docs 55, 69) for summary judgment pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 55) for summary judgment is GRANTED. The Clerk of Court is directed to ENTER judgment in favor of defendants Klemm, Liggitt, Brown and Kneal and against plaintiff.

2. Plaintiff's motion (Doc. 69) for summary judgment is DENIED.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court